IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IGNACIO SANCHEZ, | § | |
|     Movant, | § | |
| | § | |
| v. | § | No. 3:19-cv-1027-M (BT) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
|     Respondent. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has taken under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated December 10, 2020. The Court has made a *de novo* review of those portions of the Findings, Conclusions, and Recommendation to which objections were made.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted, and the objections are overruled.

**SO ORDERED** this 3rd day of February, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE